IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50342
Summary Calendar
_____


JOSEPH LOUIS TOVAR ET AL.,

Plaintiffs,

JOSEPH LOUIS TOVAR; ANDREA DE LA CRUZ; LEO SALAS,

Plaintiffs-Counter Defendants-Appellants,

LUIS R. VERA, JR.; MICHAEL D. BERNARD,

Appellants,

versus

STEVEN C. HILBIG ET AL.,

Defendants,

STEVEN C. HILBIG; BEXAR COUNTY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-384
- - - - - - - - - -

February 10, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Joseph Louis Tovar, Andrea de la Cruz, and Leo Salas have

appealed the grant of summary judgment dismissing their action

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

seeking civil rights and other relief against Bexar County, Texas, and its Criminal District Attorney, Steven C. Hilbig. Appellants have not appealed the judgments dismissing their claims against the other 11 defendants. Attorneys Luis R. Vera, Jr., and Michael D. Bernard appeal the district court's imposition of sanctions against them, pursuant to Fed. R. Civ. P. 11. The appellants' brief does not address the bases for the district court's rejection of their claims. No error is identified. The appeal is frivolous, and it is DISMISSED. See 5TH CIR. R. 42.2.

Appellees' request for their attorneys' fees to be assessed against appellants, on grounds that the appeal is frivolous, is DENIED. Appellees have not filed a separate motion therefor, pursuant to Fed. R. App. P. 38.

APPEAL DISMISSED; RULE 38 DAMAGES DENIED.